420561

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651)848-1100

RECEIVED
01 AUG 13 PM 3:0
CLERK U.S. DIST. COURT
MINNEAPOLIS, MN

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1130 RJK/JMM Case Title: Viseon, Inc. v. VTEL Corp.

**Affidavit of Movant**

I, Tracey L. Baubie, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert Neuner, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the (_____)plaintiff (X)defendant VTEL Corp. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 0224625 August 13, 2001
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Robert Neuner, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Robert Neuner [signature] 8/09/01
Type/Print Name Signature Date

Attorney License

Number: NY 1062090

Law Firm Name & Address: Baker Botts, L.L.P.
599 Lexington Avenue
New York, NY 10022-6030

Telephone:( 212 ) 408-2552

Motion Granted: [signature] Richard D. Sletten
For the Court: ~~Francis E. Dosal~~, Clerk AUG 14 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

AUG 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AUS01:251534.1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500