40561

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1130 RJK/JMM H Case Title: Viseon, Inc. v. VTEL Corp.

**Affidavit of Movant**

I, Tracey L. Baubie, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patrick O. Keel, an attorney admitted to practice in the Western District of Texas, but not admitted to the bar of this court, who will be counsel for the (_____)plaintiff (X)defendant VTEL Corp. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 0224625 August 13, 2001
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Patrick O. Keel, am currently a member in good standing of the U.S. District Court for the Western District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Patrick O. Keel [signature] 8 August 2001
Type/Print Name Signature Date

Attorney License

Number: TX 11156450

Law Firm Name & Address: Baker Botts, L.L.P.
1600 San Jacinto Center, 98 San Jacinto Blvd.
Austin, Texas 78701-4039

Telephone:( 512 ) 322-2565

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

AUG 14 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

AUS01:251777.1