UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1130(JMR/FLN)

| | | |
|---|---|---|
| Viseon, Inc., et al. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VTEL Corp. | ) | |

Plaintiff Viseon, Inc., moves the Court for leave to file a reply memorandum on its objections to the Report and Recommendation issued by Magistrate Judge Franklin Noel.

IT IS ORDERED that:

Plaintiff's motion is denied.

Dated: July 1st, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUL
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS