UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1130(JMR/FLN)

Viseon, Inc. )
)
v. ) ORDER
)
VTEL Corporation )

Plaintiff objects to the Report and Recommendation, issued April 5, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

Defendant's motion for partial summary judgment of non-infringement [docket no. 14] is granted.

Dated: October 9th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

OCT 11 2002