AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Viseon, Inc.

V.

VTEL Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-CV-1130 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) Defendant's motion for dismissal based on lack of subject matter jurisdiction is granted. 2) Plaintiff's complaint is dismissed with prejudice. 3) Defendant's counterclaim for declaratory judgment is dismissed without prejudice. 4) Each Each party will bear its own legal costs.

November 25, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk