U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

September 23, 2004

COUNSEL OF RECORD

RE: Cv.#01-1130 Viseon, Inc. v. VTEL

Dear Counsel:

Chief Judge James Rosenbaum has scheduled a phone conference in the above-styled case for **Friday, September 24, 2004 @ 9:45 a.m.** Our office will initiate the call. Please call me if you have a conflict.

If you have any questions, please call. Thank you.

Sincerely,

S/Larry Lewis
Larry Lewis Calendar Clerk to Chief
Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Larry_Lewis@mnd.uscourts.gov

cc: All Counsel of Record
Matt Whiting

BY FAX ___

FAX RECEIPT ___

BY MAIL ___