UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1130(JMR/FLN)

| | | |
|---|---|---|
| Viseon Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| VTEL Corporation, | ) | |

This matter is before the Court on defendant's motion for attorney's fees pursuant to 35 U.S.C. § 285.

After review and consideration of the parties' memoranda, affidavits, and all the files, records and proceedings herein, the Court concludes that defendant has failed to show by clear and convincing evidence that this is the exceptional case demanding an award of attorneys' fees.

Accordingly, IT IS ORDERED that defendant's motion [Docket No. 48] is denied.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 24, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge