**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** **Reporter - Dawn Hansen**

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**

Viseon Inc. Robert Edell

PLAINTIFF(S) PLAINTIFF(S) COUNSEL

VS. CIV. 01-1130

VTEL Robert Holland

Robert Neuner

Tracey Babubie

INTERPRETER

(XX) **PHONE CONFERENCE**

**ORDER TO BE SUBMITTED BY: COURT ( ) PLAINTIFF ( ) DEFENDANT**

VTEL's motion for attorney's fees (Doc.#48) - denied.

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 9-24-04

S/Larry Lewis
Larry Lewis, Calendar Clerk to
James M. Rosenbaum