AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Viseon, Inc.

V.

VTEL Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1130 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's motion for Attorney Fees is DENIED.

September 24, 2004
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G.Schneider, Deputy Clerk